# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK CARABALLO,<br>     Plaintiff(s)<br><br>       v.<br><br>MICHAEL J. ASHE, ET AL,<br>     Defendant(s) | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:07-cv-10591-MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Michael J. Ashe, et al, against the plaintiff Frank Caraballo, pursuant to the court's memorandum and order entered this date, granting defendant's motion for summary judgment.

                                                    **SARAH A. THORNTON**,
                                                    CLERK OF COURT

Dated: April 13, 2010              By  /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
       [jgm.]